WILLIAM A. HOGAN, as Executor of THOMAS F. TULLY, Deceased, Appellant, v. MARY F. SEYMOUR, Respondent, Impleaded with Others.

*Tully* v. *Seymour*, 159 App. Div. 922, affirmed.
(Argued January 19, 1916; decided February 4, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 5, 1913, affirming a judgment in favor of defendant, respondent, entered upon a dismissal of the complaint on trial at Special Term in an action to partition real property. The complaint alleged facts which, if true, entitled plaintiff to a partition and share of the premises in question, unless the decedent had in her lifetime been divested of title by an alleged deed from her to the defendant Mary F. Seymour. It further alleged that the deed was void and inoperative by reason of the incapacity of the grantor.

*William D. McNulty* for appellant.

*Eugene N. L. Young* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, SEABURY and POUND, JJ. Not voting: HOGAN, J.